# Order

Michigan Supreme Court
Lansing, Michigan

May 27, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147997

ROBERT REEVES,
          Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
          Defendant.

SC: 147997
AGC: 1628-13

_____/

By order of April 23, 2014, the Attorney Grievance Commission was directed to file a supplemental brief. On order of the Court, a letter having been received from the Commission, the complaint for superintending control is again considered, and relief is DENIED, in light of the decision to reopen the file and proceed with a full investigation.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



Clerk

s0519